MIN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JOHN HILL,                                :
                                          :
        Plaintiff,                        :
                                          :
    vs.                                   :    Case No. C2-12-CV-0984
                                          :
THE OHIO STATE UNIVERSITY                 :
    T&L, et al.,                          :
                                          :
        Defendants.                       :

## ORDER

The Honorable Judge Algenon L. Marbley hereby recuses himself from the above-styled case because Judge Marbley currently holds a position on the Board of Trustees for The Ohio State University.  The case is to be transferred back to the unassigned docket, and redrawn for assignment.

**IT IS SO ORDERED.**

    s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATE: October 23, 2012**