RECEIVED

OCT 23 2012

JOHN P. HEHMAN, CLERK
COLUMBUS, OHIO

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____________ DIVISION

Mr. John Hill DBA JH Designs

(Enter Above the Name of the Plaintiff in this Action)

2:12 CV 984

vs.

The Ohio State Univ. T&L
Mr. Rick Van Brimmer et.al

(Enter above the name of the Defendant in this Action)

JUDGE MARBLEY

If there are additional Defendants, please list them:

Atlantis Apparel et.al

Hollywood Inprints et.al

MAGISTRATE JUDGE KEMP

Jupmode et.al

The Ohio State Marching band

~~The Ohio Army National Guard band~~

COMPLAINT

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Mr. John Hill
Name - Full Name Please - PRINT

P.O. BOX 26292
Street Address

Columbus, Ohio 43226
City, State and Zip Code

614-726-5516
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. The Ohio State University Trademark & Licensing
Mr. Rick Van Brimmer, et.al
Name - Full Name Please

1100 Kinnear Rd. Suite 210 Columbus, Ohio 43212
Address: Street, City, State and Zip Code

2. Atlantis Apparel-Representatives et.al

344 Fox Drive Piqua, Ohio 45356

3. Jupmode - John Amato et.al

8927 Royal Oak Dr. Holland, Ohio 43528

4. Hollywood Inprints - BJ Doss et.al

1000-D Morrison Rd. Columbus, Ohio 43230

5. The Cadets - YEA! Mr. George Hopkins - Dir. et.al

601 W. Hamilton Street Allentown, PA 18101-2103

~~6. The Ohio Army National Guard et. al~~

2825 West Dublin Granville Road Cols.Oh.43235

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☐ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☒ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☒ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☒ Title 17 United States Code, Section §506
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

I (John Hill) Have approached The Ohio State Univ. T&L,et.al since the late 1980's with a product(s) that I (JH Designs) hold copyrights on. The designs are copyright thru the Library of Congress in Washington, D.C. Every year that I approached, T&L I was turned down for a license.(Paperwork will be provided.)

In 2007-08 I came up with the Tressel Sweater vest printed on a bottle koozie. Jupmode was granted a license to mass produce shirts, koozies, and other products for this design. I did not think anything of this. I kept on with my plans for the marching band and drum major designs. I went to the Marching Band, which I am an alumnus, with the koozie designs, and they ordered a small quantity and quickly sold out within 2hrs. We worked on another order, but the contract was reneged upon. I believe halted by R.Van Brimmer because of a letter written to Gordon Gee.

Soon after these incidents My Designs were bootlegged and my IP/rights were being given away freely to new licensees. I have been denied a license, copyrights infringed upon and damaged financially and am unable to get product in stores that are/were in Bed with T&L.

I was told through an atty. that R.V. was taking kickbacks for stolen designs.

I believe there is collusion, conspiracy and other fraudulent practices that were/are going on. Paperwork will be attached.

With respect to the Cadet design, this is the second infringement and after the OSU design was out, The Cadets chose to follow suit. Also printing and taking IP for other shirt designs and products.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption | | |
|---|---|---|---|
| ______ | ______ | vs. | ______ |
| ______ | ______ | vs. | ______ |
| ______ | ______ | vs. | ______ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I would like the court to:

1. Grant Compensation on all copyrights and products.
2. Grant Compensation for time in trying to obtain license when product could have been on the market.
3. Grant Compensation from retail outlets.
4. Grant Compensation from parties.
5. Grant license for products.
6. Impose maximum for infringing on copyrights.
7. Compensate for unfair trade.
8. Look into Collusion/bar association,blocking.
9. See that there is a system to protect IP and copyrights in this state and other states.
10. COMPENSATE ON MB CONTRACT

I state under penalty of perjury that the foregoing is true and correct. Executed on

this 23rd day of October, 2012.

Signature of Plaintiff