REPORTING OF CASES TO FBI

1. EMAIL SENT TO CINCINNATI FBI OFFICE ON JAN. 26, 2012. FOR OSU/ATLANTIS INFRINGEMENTS.

2. EMAIL SENT TO PHILADELPHIA.COMPLAINTS@ic.fbi.gov ON FEB. 3, 2011 FEB. 7, 2012 & FOLLOW EMAIL ON FEB. 20, 2012.

3. IC3 # I11112300490477691 ) COLS. POLICE REPORT # 112030500CPD
PASSWORD: FTRwg8Cacx ) NOV. 21, 2011
(CADET INFRINGEMENT)

transmit or perform the same version of that work shall, for purposes of subsection (b) of this section, be treated as a legal or beneficial owner if such secondary transmission occurs within the local service area of that television station.

(d) For any secondary transmission by a cable system that is actionable as an act of infringement pursuant to section 111(c)(3), the following shall also have standing to sue: (i) the primary transmitter whose transmission has been altered by the cable system; and (ii) any broadcast station within whose local service area the secondary transmission occurs.

(e) With respect to any secondary transmission that is made by a satellite carrier of a performance or display of a work embodied in a primary transmission and is actionable as an act of infringement under section 119(a)(5), a network station holding a copyright or other license to transmit or perform the same version of that work shall, for purposes of subsection (b) of this section, be treated as a legal or beneficial owner if such secondary transmission occurs within the local service area of that station.

(f)(1) With respect to any secondary transmission that is made by a satellite carrier of a performance or display of a work embodied in a primary transmission and is actionable as an act of infringement under section 122, a television broadcast station holding a copyright or other license to transmit or perform the same version of that work shall, for purposes of subsection (b) of this section, be treated as a legal or beneficial owner if such secondary transmission occurs within the local market of that station.

(2) A television broadcast station may file a civil action against any satellite carrier that has refused to carry television broadcast signals, as required under section 122(a)(2), to enforce that television broadcast station's rights under section 338(a) of the Communications Act of 1934.

**§ 502. Remedies for infringement: Injunctions**

(a) Any court having jurisdiction of a civil action arising under this title may, subject to the provisions of section 1498 of title 28, grant temporary and final injunctions on such terms as it may deem reasonable to prevent or restrain infringement of a copyright.

(b) Any such injunction may be served anywhere in the United States on the person enjoined; it shall be operative throughout the United States and shall be enforceable, by proceedings in contempt or otherwise, by any United States court having jurisdiction of that person. The clerk of the court granting the injunction shall, when requested by any other court in which enforcement of the injunction is sought, transmit promptly to the other court a certified copy of all the papers in the case on file in such clerk's office.

504 B INFRINGER'S GROSS REVENUE C.2. STATUTOR DAMAGES 2K'S AMDN

**§ 503. Remedies for infringement: Impounding and disposition of infringing articles**

(a) At any time while an action under this title is pending, the court may order the impounding, on such terms as it may deem reasonable, of all copies or phonorecords claimed to have been made or used in violation of the copyright owner's exclusive rights, and of all plates, molds, matrices, masters, tapes, film negatives, or other articles by means of which such copies or phonorecords may be reproduced.

PG. 3 (a)

**§ 103. Subject tter of copyright: Compilations and d ative works** 17 USC 103.

(a) The subject matter of copyright as specified by section 102 includes compilations and derivative works, but protection for a work employing preexisting material in which copyright subsists does not extend to any part of the work in which such material has been used unlawfully.

17 USC 113. **§ 113. Scope of exclusive rights in pictorial, graphic, and sculptural works**

(a) Subject to the provisions of subsections (b) and (c) of this section, the exclusive right to reproduce a copyrighted pictorial, graphic, or sculptural work in copies under section 106 includes the right to reproduce the work in or on any kind of article, whether useful or otherwise.

**§ 504. Remedies for infringement: Damages and profits** 17 USC 504.

(a) In General.—Except as otherwise provided by this title, an infringer of copyright is liable for either—

(1) the copyright owner's actual damages and any additional profits of the infringer, as provided by subsection (b); or

(2) statutory damages, as provided by subsection (c).

(b) Actual Damages and Profits.—The copyright owner is entitled to recover the actual damages suffered by him or her as a result of the infringement, and any profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages. In establishing the infringer's profits, the copyright owner is required to present proof only of the infringer's gross revenue, and the infringer is required to prove his or her deductible expenses and the elements of profit attributable to factors other than the copyrighted work.

(c) Statutory Damages.—

(1) Except as provided by clause (2) of this subsection, the copyright owner may elect, at any time before final judgment is rendered, to recover, instead of actual damages and profits, an award of statutory damages for all infringements involved in the action, with respect to any one work, for which any one infringer is liable individually, or for which any two or more infringers are liable jointly and severally, in a sum of not less than $250 or more than $10,000 as the court considers just. For the purposes of this subsection, all the parts of a compilation or derivative work constitute one work.

(2) In a case where the copyright owner sustains the burden of proving, and the court finds, that infringement was committed willfully, the court in its discretion may increase the award of statutory damages to a sum of not more than $50,000.

17 USC 507. **§ 507. Limitations on actions**

(a) Criminal Proceedings.—No criminal proceeding shall be maintained under the provisions of this title unless it is commenced within three years after the cause of action arose.

(b) Civil Actions.—No civil action shall be maintained under the provisions of this title unless it is commenced within three years after the claim accrued.

17 USC 508. **§ 508. Notification of filing and determination of actions**

(a) Within one month after the filing of any action under this title, the clerks of the courts of the United States shall send written notification to the Register of Copyrights setting forth, as far as is

1. OH. ST. 2923.:

RICO LAWS ←

PCA - PATTERN OF CORRUPT ←

2. OH STATE 2305.09

→ 8. REC. OF PERS. PROPERTY (4 YEARS)

3. OH. STATE 2921.03 →

2.

4. 2913.3

FORGERY

5. 2913.01

THEFT

★ 6. 3345.29 3354.

.11 3357

3358

7. 1302.04

8. ARTICLE 27 (2) EVERYONE has the right to the protection OF THE MORAL & MATERIAL INTERESTS RESULTING from any scientific LITERARY OR ARTISTIC PRODUCTION of WHICH he is the author.

OSU (LAWS BROKEN)

1. COPYRIGHT INFRIGEMENT – RICK VANBRIMMER /ATLANTIS /Hol Wo
2. DISCRIMINATION IN AWARDING OF CONTRACTS
3. FRAUD – LARCENY
4. PCA LAWS – PATTERN OF CORRUPT ACTIONS – TWICE BEFORE
5. RICO LAWS –
6. COLLUSION – OSU T&L /ATLANTIS /HOLLYWOOD IMPRINTS
7. RESTRICTION OF TRADE – OSU/MICH. GAME DAY OTHER RESTRICTIONS
8. UNFAIR COMPETITION – OH. CODE SEC. 4165.02
9. INTELLECTUAL PROPERTY FRAUD – INFRINGEMENT /2 OR MORE DES
10. BREACH OF CONTRACT – MARCHING BAND P.O.
11. CONSPIRACY AGAINST TRADE

President Gordon Gee
The Ohio State University
205 Bricker Hall
190 N. Oval mall
Columbus, Ohio 43210
614-292-2424

Mr. John Hill
JH Designs
P.O. Box 26292
Cols. Oh. 43226
614-218-1486

Dear Mr. Gordon Gee,

My name is John Hill and I have a matter that I wish to discuss with you.

First let me tell you a little about myself.
By trade, I am a professional musician, and have performed for and with various entertainers at many venues all around the country.

I studied music at The Ohio State University, and I am an alumnus of T.B.D.B.T.L. I even had the honor of being the last marching band member in script Ohio on the top of the "i" when Woody Hayes dotted the "i". This event, as well as being in the band for four years, has given me many fond memories. I am very honored for my experiences at O.S.U.

Anyway, soon after my four years at Ohio State, I started to produce silk screen designs for imprinting on t-shirts. I learned the ways and laws of copyright and studied these laws through the information provided by the copyright office in Washington DC. One of my first designs and copyrights was the OSU marching band uniform. Soon after, I started designing and printing other units around the country.
Through my diligence and learning about marketing, I scaled my designs to fit infant wear.
During this timeframe, I approached trademark and licensing at OSU. I spoke with Anne Chasser, and she even took pictures of my designs. Each time I approached Trademark and Licensing, I was given excuses of what I needed to do in order to obtain a license from OSU. On one occasion I went to the marching band board to get their approval. They inflated my pricing, thus making the product's price point too high to even consider buying or selling my product.

Well, I continued to pursue marketing my products. I have come back to the Licensing committee time and time again. Now, just recently with my new products in which I started to produce in 2007, I am still being sent the same form letter that they send out. Same exact wording and signature. I have a couple that are exactly the same. Why they even bother to sign them, I do not know.

Shortly after I went to Licensing in 2006, for my new products, I entered into an agreement with the OSU marching band for an order of koozies. (My new Product) The band had ordered a small quantity to sell at Picnic with the Pops, to see how these would sell. Well, the item sold really well and in fact, they sold out of product within one hour. So they decided to order additional product. I waited on their purchase order. I waited until the very last opportunity for the purchase order, so that I could put in my order for material. I could not wait any longer, so I manufactured product to sell at the reunion game. Again the product sold very well.

So, somewhere along the way, this purchase order got halted. Dr. Woods called me and asked if I could hold off on the purchase order, because they needed this money for the Band's annual band competition. I agreed, and Dr. Woods asked if I could speak with them in April of the coming new year. I agreed to do this in good faith. In fact this purchase order is still a good order in the fact that It was not canceled within the terms that it was drawn upon. I have on at least one other occasion had a discussion with Dr. Woods and he said that he would find out what has happened to this P.O. I have not heard what has happened to date.

PG. 7

This is just one issue that I would like to discuss with you. The other issue is the fact that trademark and licensing gave a license to an individual that has the same product that I have, which is the sweater vest koozie, in which Mrs. Tressel was given my sample even before this individual was granted a license or even came up with the sweater vest koozie idea or design.

1. DISCRIM INF IN AWARDIN OF LICENSE 2. INTELLECTU PROPERTY FRAUD. 3. 2ND INFR BY SUPREME DRUM MAJ DESIGN!.

So to further explain, I have all the copyrights to my designs and I am completely within my rights to sell and or promote my products, but the catch is that I am not able to approach any retail outlets with my products, because they are not going to sell unlicensed products. Even though my designs are not breaking any laws or rules. The only design that I would not sell is my Brutus design, of which I do have a copyright for, but I know that this is a Trademark of the University and I will not infringe upon that. I am simply asking for the right in order to sell my products and get them on the market. This means obtaining a license.

Just this past OSU vs. Michigan game, I went to sell my product at the game, along with other vendors and I was approached by a person that identified himself as a sheriff. I asked him for his identification and could not verify this by his id that he was a sheriff. I could barely make out what it did say and it was detective. I know that he has something to do with the university but I do not know what capacity.

He called a Bob Cleveland, who I have seen on letterhead for trademark and licensing. He came over and we discussed my designs and that they were not officially licensed. I know this fact and I told him that I was waiting on a decision for a license. The only design that I had with me, that I was not selling, was the Brutus design. I sent that design to be approved by trademark and licensing.

Well, I was told that (they)Bob Cleveland and the detective, would not confiscate my product if I agreed to go home. I did not want any trouble so I went home, even though I am within my rights to sell my product.

1. RESTRICTIO OF TRADE ONE EXAM

In fact,what kind of message is the University sending if an alum has a product that he is trying to sell and in no way offends anyone but on the other hand you have other individuals who are allowed to stand on the corner and peddle shirts with obscene or offensive words directed towards the schools opponent?

I would like to have these issues resolved and I would like to do this without having to make it a legal issue. I think that I have been more than patient and would like to discuss these issues with you at your earliest convenience. I thank you in advance for your time and considerations concerning these matters.

Sincerely,

John Hill
OSU alumni 1981-1984

(Enclosed product ) 1. Red Sweater vest koozie 2. OH! Fan Koozie 3. Marching Band Koozie 4. Drum Major Koozie 5. Jersey number Koozie 6. Brutus Koozie

7A.

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM VA**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 219 692

VA VAU

EFFECTIVE DATE OF REGISTRATION

January 3, 1986
Month Day Year

UNITED STATES COPYRIGHT OFFICE THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
(OSU) "MARCHING BAND UNIFORM DESIGN"

**NATURE OF THIS WORK ▼** See instructions
GRAPHIC DESIGN

**PREVIOUS OR ALTERNATIVE TITLES ▼**
GRAPHIC PRINT-DESIGN

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

002345794

**NAME OF AUTHOR ▼**
a John VINCENT HILL

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1963 Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
TECHNICAL DRAWING

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
c

**DATES OF BIRTH AND DEATH**
Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1985 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ DECEMBER Day ▶ 24th Year ▶ 1985
UNITED STATES OF AMERICA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
John VINCENT HILL
354 ILLINOIS AVE. WESTERVILLE, OH. 43081 &
3852 MOUNTVIEW Rd. COL. OH. 43220

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE OFFICE USE ONLY
APPLICATION RECEIVED
MAR 28 1986
ONE DEPOSIT RECEIVED
MAR 28 1986
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

7B.

# CERTIFICATE OF COPYRIGHT REGISTRATION

OFFICIAL SEAL

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

VA 418 338

VA VAU

EFFECTIVE DATE OF REGISTRATION

MAY 31 1990

Month Day Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼** OSU Marching Band Uniform Design

**NATURE OF THIS WORK ▼** See instructions: Graphic Design

**PREVIOUS OR ALTERNATIVE TITLES ▼** Graphic Print Design

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼** **Number ▼** **Issue Date ▼** **On Pages ▼**

**2**

a **NAME OF AUTHOR ▼** John Vincent Hill

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☒ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ ~~USA~~ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼ Silk Screen Reproduction

b **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of country: OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

c **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH** Year Born ▼ Year Died ▼

Was this contribution to the work a "work made for hire"? ☐ Yes ☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country: OR { Citizen of ▶ / Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK** Anonymous? ☐ Yes ☐ No; Pseudonymous? ☐ Yes ☐ No. If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**3**

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases. 1989 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ October Day ▶ 16 Year ▶ 1989 USA ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

John Vincent Hill dba
Hill-T's
P.O. BOX 26292 Columbus, Ohio 43226

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

DO NOT WRITE HERE / OFFICE USE ONLY

APPLICATION RECEIVED OCT. 24. 1990

ONE DEPOSIT RECEIVED OCT. 24. 1990 MAY 31 1990

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

**MORE ON BACK ▶**
- Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
- See detailed instructions.
- Sign the form at line 8.

DO NOT WRITE HERE

# COPYRIGHTS

1. OSU "MARCHING BAND UNIFORM DESIGN" 1/03/1986 VA 219 692 (7A.)
2. " " 5/31/1990 VA 418 338 (7B.)
3. OSU "MARCHING BAND UNIFORM DESIGN" 10/27/2000 VA 1-072-434
4. " " #60-610-595-H
5. OSU DRUM MAJOR 8/08/07 VAU 752-504
6. BRUTUS " 8/08/07 - "

# APPLIED FOR LICENSE

1. MET WITH ANNE CHASSER ON 2 OCCASIONS IN (1990'S) ONE OCCAISION SHE TOOK PHOTOS OF SHIRT DESIGN. 1990, 1996
2. MARCH 1999 - LINDA HALL
3. NOVEMBER 2000 - LINDA HALL - INFANT WEAR
4. NOVEMBER 2002 - (CHAMPIONS)
5. DECEMBER 2006 - R. VAN BRIMMER / R. CLEVELAND - KOOZIE
6. NOVEMBER 2008 - R. VAN BRIMMER / R. CLEVELAND - KOOZIE

---

IN 2007 OSU GRANTED A LICENSE TO A JOHN AMMOTO FOR THE TRESSEL SWEATER VEST - SHIRT & KOOZIE.
I HAD PREVIOUSLY PRINTED THE SWEATER VEST DESIGN ON A KOOZIE, & THIS DESIGN WAS PRESENTED TO MRS. TRESSEL BEFORE A LICENSE WAS GRANTED TO J. AMMOTO.
WHY WAS I DENIED A LICENSE FOR THE SAME EXACT PRODUCT?
ALSO RECIEVED A COPYRIGHT FOR OSU DRUM MAJOR & BRUTUS DESIGNS. (2007)
(BRUTUS DESIGN & MB DESIGNS SUBMITTED.)

 PG. 10

YEAR AFTER YEAR, I HAVE APPLIED TO OSU TRADEMARK & LICENSING. BEEN SENT SAME FORM LETTER W/ SAME SIGNATURE & VERBAGE.

IN 2007 I STARTED TO MANUFACTURE THE BOTTLE KOOZIE. THINKING THAT MY BAND UNIFORM DESIGN WOULD GO OVER WELL, PRINTED ON A KOOZIE. I ALSO PRINTED THE SWEATER VEST. ALONG WITH VARIOUS OTHER DESIGNS. I ALSO HAVE CIVIL WAR DESIGNS.

INSTEAD OF WAITING ON TRADEMARK & LIC. I WENT TO THE BAND FOR THEM TO SELL THE PRODUCT. I PUT TOGETHER A SMALL ORDER FOR THE BAND TO SELL AT PICNIC W/ THE POPS. THEY SOLD OUT W/IN 2 HRS. WE PUT TOGETHER ANOTHER ORDER FOR THE FIRST GAME IN 2007. I WAITED FOR 2 MOS. OR MORE FOR THE BANDS P.O. / I COULD NOT WAIT ANY LONGER, SO I PRINTED AN ORDER SO THAT I COULD SELL AT THE GAME. FINALLY THE P.O. CAME BUT I NEEDED THE MONEY UP FRONT IN ORDER TO PURCH MATERIAL. (THE P.O.) I WAS TOLD TO / ASKED TO HOLD OFF ON THE P.O. BY THE BAND DIRECTOR. (DR. JON WOODS) B/CAUSE THEY NEEDED THE MONEY FOR THEIR BAND COMPETITION. DR. WOODS SAID THAT THE BAND WOULD ORDER IN APRIL. I AGREED IN GOOD FAITH, BUT ASKED THAT THEY CANCEL THE P.O. IN WRITING WHICH THEY NEVER HAVE. SO UNTIL NOW I'VE TRIED TO RENEGOTI THIS P.O. FINALLY RECIEVED 10/27/09. PROBLEMS STILL.

1. OSU TRADEMARK & LISCENSING SINCE 1986-7
2. ANNE CHASSER
3. NOT GRANTED A LICENSE
4. NUMEROUS © COPYRIGHTS ON DESIGN
5. LETTER TO GORDON GEE - CC R. VANBRIMMER
6. PRINTED THIS DESIGN ON SHIRTS
7. BABY ONESIES - KIDS SHIRTS
8. DID R. VANBRIMMER APPROVE THIS DESIGN? IF SO WHEN?
9. NO © ON THIS SHIRT. ← (BOOTLEG 10)
10. NO COMPANY (TOLD ATLANTIS)
11. WHO PRINTED IT?
12. USE OF (TBDBITL) WHO APPROVED?
13. OFFICIALLY LICENSED
14.

RICK VANBREMMER

OK'D?

3 - 1999 LINDA HALL CONTACT FOR OSU LICENSE

11 - 2000 LINDA HALL (2 x's) ANNE CHASSER PG. 1[illegible]

12 - 2006 VAN BREMMER

11 - 2008 VAN BREMMER

COMPANIES WHO MAY BE INVOLVED IN PRINTING OF PRODU

1. ATLANTIS - TROY OHIO - SUBBED OUT TO OTHER PRINTERS
2. AIRWAVES
3. HOLLYWOOD INPRINTS
4. AERES - HILLIARD
5. ATRIUM - JOHNSTOWN

#400.00

NORTHERN OR SOUTHERN COURTS

(OH CODE SECTION 4165.02)
UNFAIR COMPETITION
TOLLING / STATUTE OF LIMITATIONS
BREACH OF CONTRACT, FRAUD, UNFAIR (LABOR PRACTICES) COM
(GDS MARKETING - www.buckeyesillustrated.com)
(MAPLE STREET PRESS INC.)

(GALLAGHER & DAWSEY - 614-228-6280)
(533 S. FIFTH ST
COLS. OH. 43206)

MGALLAGHER @ INVENTION-PROTECTIO

SMACK APPAREL - 5th CIRC. - TILLY REP. FOR SMACK CO

(FAIR USE)

ACLU - CHRISTINE LINK
4506 CHESTER AVE
CLEVELAND, OH 44103
216-472-2200
CONTACT@acluohio.org

YOUTUBE.COM/WATCH?V=hD2kAb6uSkA

COLUMBUS POLICE  THURS APRIL 1ST (4/1/10)  (14) A

FRAUD & FORGERY – (OFFENSE REPORT)  STEVE DUNBAR

FURBEE

645-4751  (645-4438)

645-4530  (774-7606)-C

TAKE REPORT  (645-2049

(645-4545)

645-4717

645-4747

VOL. LAW FOR ARTS
CLEVE. 216-696-3525
TOLEDO 419-255-3344

MON APRIL 5th

1. CALL - 645-4438 LFT. MSSG (11:18)

PAUL WALKER

(SENATOR BROWN)

TUES. APRIL 6th

1. CALL - 645-4438 LFT. MSSG (10:05)
2. RECEIVED CALL FROM S.D. APPROX (11:40)
   RETURNED CALL AT 11:45-ISH
   S.D. SAID COLS. POLICE WOULD NOT BE INVOLVED
   I CALLED BACK TO ASK A QUESTION/TALKED TO S.D.
3. LOOK AT (SECT. 503 17 U.S.C.)
4. STEVE DUNBAR (4/8/10) 3:22 PM LFT. MSG
5. " " 4/8/10 4:44 CALL FROM S.D.
   4:49 CALL (645-4751) – DECTIVE HICKS ⟷
6. CALL DET. HICKS (4:50) 4:59 (PUT ON HOLD) (TAKING REPORT)
   (#10168791 CPD) END: 5:44 CALL →

GARY
360-6524

(COLUMBUSPOLICE.ORG)

# Columbus Division Of Police Preliminary Investigation

15.A.

Case No. 10168791CPD
Report No. 10168791CPD.1
Report Date: 4/8/2010 4:56:34 PM

(OSU MB DESIGN)

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

1

Subject: **400 - Fraud**

| | | | | |
|---|---|---|---|---|
| Case Report Status | Approved | Date Entered | 4/8/2010 4:57:00 PM | Reporting Officer |
| Report Type | Preliminary Investigation | Entered By | - Hicks , Duane | - Hicks , Duane |
| Occurred On | 4/8/2010 4:00:00 PM | Date Verified | 1/1/1900 | ROBERT BIEHL |
| (and Between) | | Verified By | | |
| | | Date Approved | 4/8/2010 10:45:28 PM | |
| Location | Olentangy River Rd | Approved By | - Hicks , Duane | Assisted By |
| Zip Code | 43212 | | | |
| Geo Code | | Connecting Cases | | |
| Zone | Zone 4 | Disposition | Active | (645-2049) |
| Call Source | Dispatch | Clearance Reason | | |
| District | 41 District | Date of Clearance | | |
| Vehicle Activity | | Reporting Agency | Columbus Division Of Police | |
| Vehicle Traveling | | Division | Columbus Police | |
| Cross Street | | Map | Zone 4 | |
| Jurisdiction | Columbus, OH | | | |
| Means | | | | |
| Other Means | | | | |
| Motive | | | | |
| Other Motives | | | | |
| Threat Group | No | Incident Number | | |
| Latent Process | Not Applicable | Property Process | | |
| Location Of | Olentangy River Rd | Basic Called In | | |
| Dispatched Run | | | | |
| Tech Number | | Reporting Officer Assignment | | |
| Detective Notified | 1998023 - Hicks , Duane | Detective Name | | |
| Teletype # | | Unit Case File # | | |
| NIC # | | LEADS ID Number | | |

Report Narrative

The reporting person called to file a report of theft of a copy right idea he had invented. The victim stated that the suspect stole his ideal and produced and started to put his ideal and products on the market. The actual dates of occurences were between 12/1/86-09/01/09 .

## Offense Detail: 291302A3.23H - Theft _ deception - All Other Larceny

| | | | |
|---|---|---|---|
| Offense Description | 291302A3.23H - Theft _ deception - All Other Larceny | | |
| IBR Code | 23H - All Other Larceny | No. Prem. Entered | |
| IBR Group | A | Entry Method | |
| Crime Against | PR | Method of Entry For Motor Vehicle Theft | |
| ORC Code | 291302A3.23H | Method of Entry For Burglary/B&E | |
| Offense Completed? | Yes | Method of Entry For Burglary/B&E | |
| Larceny Type | All Other Larceny | Direction of Entry | |
| Primary Location | Other Public Access Building | Secondary Location | |
| Hate/Bias | No Bias/Not Applicable | Force Level | |
| Domestic Violence | No | | |
| Method of Operation | | | |
| Using | | | |
| Criminal Activity | | | |
| Weapons/Force | | | |
| Type Security | | | |
| Tools Used | | | |
| Type Of Abuse | | Arrested By | |
| Warrant Filed By | | | |
| Offense Notes | | | |

| Entry/Exit Direction | Location | Type | Entry/Exit |
|---|---|---|---|

## Suspect S1: Vanbrimmer, Rick

| | | | | |
|---|---|---|---|---|
| Suspect Number | S1 | DOB | | Place of Birth |

# Columbus Division Of Police Preliminary Investigation

Case No. 10168791CPD
Report No. 10168791CPD.1
Report Date: 4/8/2010 4:56:34 PM

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

2

Name: Vanbrimmer, Rick
AKA:
Alert(s):
Address: 1100 Kinnear Rd Ste 210
CSZ: Columbus, OH 43212
Home Phone: 614 292-1562
Work Phone:

Age: 50-53
Sex: Male
Race: White
Ethnicity: Not of Hispanic Origin
Ht.: 5' 6"
Wt.: 200
Eye Color: Unknown
Hair Color: Unknown
Hair Style:
Hair Length:
Facial Hair:
Complexion:
Build:
Teeth:

SSN:
DLN:
DLN State:
DLN Country:
Occupation/Grade: Director
Employer/School: OSU
Res. County: Franklin
Res. Country: United States of America
Resident Status: Resident

Scars/Marks/Tattoos:
Suspect MO:
Other MO:
Habitual Offender Status:
Glasses:
Attire:
Suspect ID Number:
Prior DV Arrests?:
Suspect Notes:

Complexion:
Speech:
Suspect Other Descriptors:
Reason Not Arrested:
Suspect Actions:

## Victim V1: Hill`, John V

Victim Code: V1
Victim Type:
Victim Of:

Name: Hill`, John V
AKA:
Alert(s):
Address: Po Box 26292
CSZ: Columbus, OH 43226
Home Phone: 614 726-5516
Work Phone:
E-mail:
Attire:
Injury:
Circumstances:

DOB:
Age: 23
Sex: Male
Race: White
Ethnicity: Not of Hispanic Origin
Ht.:
Wt.:
Eye Color:
Hair Color:
Facial Hair:
Complexion:

Place of Birth:
SSN:
DLN:
DLN State:
DLN Country:
Occupation/Grade:
Employer/School:
Res. County:
Res. Country:
Resident Status: Resident
Testify: Yes
Will Prosecute:

Law Enforcement Officer Killed or Assaulted Information
Type:
Assignment:
Activity:
Other ORI:

Justifiable Homicide Circumstances:

Victim Taken To:
Treated/Pronounced By:
Ordered In Date/Time:
Victim Relationship to Suspect:
Person related by blood or marriage with offender:
Victim Currently live with the offender:

Transported By:
Ordered In:
Can ID: Yes
Has lived as spouse within one year of alleged incident:
The other 'Natural' parent of the offender's child:
Has victim resided with the offender in the past:

Victim Injury/Severity
Injury Type | Injury Severity | Injury Location

# Columbus Division Of Police Preliminary Investigation

Case No. **10168791CPD**
Report No. **10168791CPD.1**
Report Date: **4/8/2010 4:56:34 PM**

**Columbus Division Of Police**
120 Marconi Blvd
Columbus, OH 43215
614 645-4545



Injuries Visible
Reporting Officer Assignment
Victim Actions
Is there an existing CPO/TPO against offender
Case Number
Will Victim be Staying at temporary address?
Confidential
Has the victim been drinking or using drugs

Victim called police
Reporting Officer Assignment
Was suspect at the scene when officer arrived
Jurisdiction
Had the suspect been drinking or using drugs
If yes, Location
Were children present at the scene?

Children Present

| Age | Sex | Interviewed |
|---|---|---|

Is victim a juvenile?
Primary Aggressor

Has FCCS been notified?
Order to Prosecutor Office

Victim Offender Relationships

| Offender | Relationship |
|---|---|

Victim Notes

## Property Description Item 1: 9999 - Other - Tee-shirts

| | |
|---|---|
| Item No. | **1** |
| Property Category | **9999 - Other** |
| IBR Type | **77 - Other** |
| UCR Type | **K - Miscellaneous** |
| Status | **Stolen/Etc. (Bribed/Defrauded/Embezzled/Ransomed/Etc.)** |
| State Type | **54** |
| Count | **1000** |
| Value | **20000** |
| Manufacturer | |
| Model | |
| Serial No. | **000** |
| Other Identifying Numbers | |
| Color | |
| Description | **Tee-shirts** |
| Recovered Date | |
| Owner | **V1 - Hill`, John V** |
| Disposition | **NA** |
| Property Room # | |
| Evidence Tag | |
| Evidence Technician | |
| Car Searched | |
| Held For Prints | |
| Insured | |
| Recovered By | |
| Location | |
| Insurance Company | |
| Lab Request | **No** |
| Alert(s) | |

**Lab Request Information**
Type Of Arrest
Citation #
Type Of Exam
Lab Request Notes

**Firearms Information**
Type of Firearm
Manufacturer

# Columbus Division Of Police Preliminary Investigation

Case No. 10168791CPD
Report No. 10168791CPD.1
Report Date: 4/8/2010 4:56:34 PM

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

4

Caliber
Capacity
BBL Length
Grips
Metal Type
Cartridge(s) Caliber
Cartridge(s) Casing(s) Caliber
Bullet(s) Caliber
Bullet(s) Casing(s) Caliber
Cylinder Rotation
Reason Impounded

Ammunition Info

| Position | Condition | Maker |
|---|---|---|

Notes

**Forensic Evidence Information**

Forensic Evidence Type
CSSU Number
Transporting Agency
Transporting Personnel

**Film Processing & Proof Sheet Information**

\# of Rolls

Roll Info

| Role # | Color/BW | Film Size | Print/Proof Disposition | Negatives Disposition |
|---|---|---|---|---|

Notes

**Copy Work**

\# of Originals

Copy Work Info

| Item # | # of Copies | Color\BW | Type | Size | Copy Disposition |
|---|---|---|---|---|---|

Notes

**Video Processing**

\# of Originals

Video Processing Info

| Item # | Duplicate | # of Copies | Still Prints | Copy Disposition |
|---|---|---|---|---|

Notes

**Latent Request**

Requested by Outside Agency?

Photograph

| Indicated latents/inked | Entire item | Sides Indicated | Remove Mask Before Photographing | Photograph with Masks |
|---|---|---|---|---|

Notes

**Print Request**

| # Prints Each | Color | BW | Scale 1:1 | Invert Negative | Dry Mount for Court Presentation |
|---|---|---|---|---|---|

Notes

**Additional Vehicle Information**

Vehicle Year
VIN#
Registration Year
Body Style
Color Bottom
Doors Locked
Wrecker Co/No.
License No.
Registration State
Registration Type
Color Top
Keys With Auto
Impounded
Driver Name/ID No

**Drug Information**

Drug Type
Drug Measure
Drug Quantity

**Check/Credit Card Information**

Identification Used
Type of Check
Payable To
Account Holder
Person Who Accepted Check or Credit Card
Ident-a-Seal
Check Number
Signed By
Endorsed By
Reason not Honored
Bank Name
Account #

# Columbus Division Of Police Preliminary Investigation

Case No. **10168791CPD**
Report No. **10168791CPD.1**
Report Date: **4/8/2010 4:56:34 PM**

**Columbus Division Of Police**
120 Marconi Blvd
Columbus, OH 43215
614 645-4545



Credit Card Type

Signer's Name Generated By

Card Presented

Prints of Value

Property Notes

# Columbus Division Of Police Preliminary Investigation

15.B

Case No. 10182201CPD
Report No. 10182201CPD.1
Report Date: 11/16/2010 3:13:41 PM

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

1

(OSU-DM DESIGN)

Subject: **400 - Fraud**

| | | | | | |
|---|---|---|---|---|---|
| Case Report Status | In Process | Date Entered | 11/16/2010 3:13:41 PM | Reporting Officer | - SUMMERS, T |
| Report Type | Preliminary Investigation | Entered By | - SUMMERS, T | | (GRAND JURY) |
| Occurred On | 11/16/2010 3:00:00 PM | Date Verified | | Assisted By | |
| (and Between) | | Verified By | | | |
| | | Date Approved | | | |
| Location | 1100 Kinnear Rd | Approved By | | | |
| Zip Code | 43212 | | | | |
| Geo Code | | Connecting Cases | | | |
| Zone | Zone 4 | Disposition | Active | | |
| Call Source | Walk ins | Clearance Reason | | | |
| District | 43 District | Date of Clearance | | | |
| Vehicle Activity | | Reporting Agency | Columbus Division Of Police | | |
| Vehicle Traveling | | Division | columbus | | |
| Cross Street | | Map | Zone 4 | | |
| Jurisdiction | Columbus, OH | | | | |
| Means | | | | | |
| Other Means | | | | | |
| Motive | | | | | |
| Other Motives | | Incident Number | | | |
| Threat Group | No | Property Process | | | |
| Latent Process | Not Applicable | Basic Called In | | | |
| Location Of Dispatched Run | 1100 Kinnear Rd | | | | |
| Tech Number | | Reporting Officer Assignment | 495b | | |
| | | Detective Name | | | |
| Detective Notified | | Unit Case File # | | | |
| Teletype # | | LEADS ID Number | | | |
| NIC # | | | | | |

Report Narrative: **Reporting person stated on the above date and time suspect stole a second copyright design and has been placing the design on t-shirts and on his website. Reporting person stated suspect is producing his design on the market.**

## Offense Detail: 291302.23H - Theft - All Other Larceny

| | | | |
|---|---|---|---|
| Offense Description | 291302.23H - Theft - All Other Larceny | No. Prem. Entered | |
| IBR Code | 23H - All Other Larceny | Entry Method | |
| IBR Group | A | Method of Entry For Motor Vehicle Theft | |
| Crime Against | PR | Method of Entry For Burglary/B&E | |
| ORC Code | 291302.23H | Method of Entry For Burglary/B&E | |
| Offense Completed? | Yes | Direction of Entry | |
| Larceny Type | All Other Larceny | Secondary Location | |
| Primary Location | Other Public Access Building | Force Level | |
| Hate/Bias | No Bias/Not Applicable | | |
| Domestic Violence | No | | |
| Method of Operation | | | |
| Using | | | |
| Criminal Activity | | | |
| Weapons/Force | | | |
| Type Security | | | |
| Tools Used | | | |
| Type Of Abuse | | Arrested By | |
| Warrant Filed By | | | |
| Offense Notes | | | |

| Entry/Exit Direction | Location | Type | Entry/Exit |
|---|---|---|---|

## Suspect S1:

| | | | | | |
|---|---|---|---|---|---|
| Suspect Number | S1 | DOB | | Place of Birth | |
| Name | | Age | | SSN | |
| AKA | | Sex | Male | DLN | |

# Columbus Division Of Police Preliminary Investigation

Case No. 10182201CPD
Report No. 10182201CPD.1
Report Date: 11/16/2010 3:13:41 PM

**Columbus Division Of Police**
120 Marconi Blvd
Columbus, OH 43215
614 645-4545



Alert(s)

Address
CSZ

Home Phone
Work Phone

Race **White**
Ethnicity **Not of Hispanic Origin**
Ht. **5' 6"**
Wt. **200**
Eye Color **Unknown**
Hair Color **Brown**
Hair Style
Hair Length
Facial Hair
Complexion
Build
Teeth

DLN State
DLN Country
Occupation/Grade
Employer/School
Res. County
Res. Country
Resident Status **Resident**

Scars/Marks/Tattoos
Suspect MO
Other MO
Habitual Offender Status
Glasses
Attire
Suspect ID Number
Prior DV Arrests?

Suspect Notes

Complexion
Speech
Suspect Other Descriptors
Reason Not Arrested
Suspect Actions

## Victim V1: Hill, John V

Victim Code **V1**
Victim Type

Victim Of

Name **Hill, John V**
AKA
Alert(s)

Address **Po Box 26292**
CSZ **Columbus, OH 43226**

Home Phone **614 726-5516**
Work Phone
E-mail
Attire
Injury
Circumstances

DOB
Age **47**
Sex **Male**
Race **White**
Ethnicity **Not of Hispanic Origin**
Ht.
Wt.
Eye Color
Hair Color
Facial Hair
Complexion

Place of Birth
SSN
DLN
DLN State
DLN Country
Occupation/Grade
Employer/School
Res. County
Res. Country
Resident Status **Resident**
Testify
Will Prosecute

Law Enforcement Officer Killed or Assaulted Information

Type
Assignment
Activity
Other ORI

Justifiable Homicide Circumstances

Victim Taken To
Treated/Pronounced By
Ordered In Date/Time
Victim Relationship to Suspect
Person related by blood or marriage with offender
Victim Currently live with the offender

Transported By
Ordered In
Can ID **Yes**
Has lived as spouse within one year of alleged incident
The other 'Natural' parent of the offender's child

Has victim resided with the offender in the past

Victim Injury/Severity
Injury Type

Injury Severity

Injury Location

Injuries Visible
Reporting Officer Assignment
Victim Actions

Victim called police
Reporting Officer Assignment
Was suspect at the scene when officer arrived

# Columbus Division Of Police Preliminary Investigation

Case No. 10182201CPD
Report No. 10182201CPD.1
Report Date: 11/16/2010 3:13:41 PM

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

3

Is there an existing CPO/TPO against offender
Case Number
Will Victim be Staying at temporary address?
Confidential
Has the victim been drinking or using drugs

Jurisdiction
Had the suspect been drinking or using drugs
If yes, Location
Were children present at the scene?

Children Present
Age
Sex
Interviewed
Is victim a juvenile?
Primary Aggressor
Has FCCS been notified?
Order to Prosecutor Office

Victim Offender Relationships
Offender
Relationship

Victim Notes

## Property Description Item 1: 9999 - Other - t-shirts

| | |
|---|---|
| Item No. | 1 |
| Property Category | 9999 - Other |
| IBR Type | 77 - Other |
| UCR Type | K - Miscellaneous |
| Status | Stolen/Etc. (Bribed/Defrauded/Embezzled/Ransomed/Etc.) |
| State Type | 54 |
| Count | 1000 |
| Value | 20000 |
| Manufacturer | |
| Model | |
| Serial No. | n/a |
| Other Identifying Numbers | |
| Color | |
| Description | t-shirts |
| Recovered Date | |
| Owner | V1 - Hill, John V |
| Disposition | NA |
| Property Room # | |
| Evidence Tag | |
| Evidence Technician | |
| Car Searched | |
| Held For Prints | |
| Insured | |
| Recovered By | |
| Location | |
| Insurance Company | |
| Lab Request | No |
| Alert(s) | |

**Lab Request Information**
Type Of Arrest
Type Of Exam
Lab Request Notes
Citation #

**Firearms Information**
Type of Firearm
Manufacturer
Caliber
Capacity
BBL Length
Grips

# Columbus Division Of Police Preliminary Investigation

**Columbus Division Of Police**
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

**4**

Case No. **10182201CPD**
Report No. **10182201CPD.1**
Report Date: **11/16/2010 3:13:41 PM**

Metal Type
Cartridge(s) Caliber
Cartridge(s) Casing(s) Caliber
Bullet(s) Caliber
Bullet(s) Casing(s) Caliber
Cylinder Rotation
Reason Impounded

Ammunition Info

| Position | Condition | Maker |
|---|---|---|

Notes

**Forensic Evidence Information**

Forensic Evidence Type
CSSU Number
Transporting Agency
Transporting Personnel

**Film Processing & Proof Sheet Information**

\# of Rolls

Roll Info

| Role # | Color/BW | Film Size | Print/Proof Disposition | Negatives Disposition |
|---|---|---|---|---|

Notes

**Copy Work**

\# of Originals

Copy Work Info

| Item # | # of Copies | Color\BW | Type | Size | Copy Disposition |
|---|---|---|---|---|---|

Notes

**Video Processing**

\# of Originals

Video Processing Info

| Item # | Duplicate | # of Copies | Still Prints | Copy Disposition |
|---|---|---|---|---|

Notes

**Latent Request**

Requested by Outside Agency?

Photograph

| Indicated latents/inked | Entire item | Sides Indicated | Remove Mask Before Photographing | Photograph with Masks |
|---|---|---|---|---|

Notes

**Print Request**

| # Prints Each | Color | BW | Scale 1:1 | Invert Negative | Dry Mount for Court Presentation |
|---|---|---|---|---|---|

Notes

**Additional Vehicle Information**

Vehicle Year
VIN#
Registration Year
Body Style
Color Bottom
Doors Locked
Wrecker Co/No.
License No.
Registration State
Registration Type
Color Top
Keys With Auto
Impounded
Driver Name/ID No

**Drug Information**

Drug Type
Drug Measure
Drug Quantity 0

**Check/Credit Card Information**

Identification Used
Type of Check
Payable To
Account Holder
Person Who Accepted Check or Credit Card
Ident-a-Seal
Credit Card Type
Signer's Name Generated By
Check Number
Signed By
Endorsed By
Reason not Honored
Bank Name
Account #
Card Presented
Prints of Value

Property Notes

# Columbus Division Of Police Preliminary Investigation

Case No. 10182201CPD
Report No. 10182201CPD.1
Report Date: 11/16/2010 3:13:41 PM

Columbus Division Of Police
120 Marconi Blvd
Columbus, OH 43215
614 645-4545

OSU MARCHING BAND & DRUM MAJOR KOOZIES
CREATED & COPYRIGHTS BY JOHN HILL DBA JH DESIGNS
©1986-2012






OSU MARCHING BAND & DRUM MAJOR KOOZIES

SOLD BY THE OSU MB. (PER PLAINTIFF) SEE PAPERWORK

(POSSIBILITY OF BOOTLEG DRUM MAJOR KOOZIE) SOLD BY OSU HOSPITAL GIFT SHOP. MB UNIFORM T-SHIRTS & BABY ONESIES SOLD BY THE HOSP. GIFT SHOP.

PG (2) of 4

BLUESTAR KOOZIE DESIGN © 1986-2012 SH DESIGNS * NOTE, COLLAR & ABSENCE OF RED BERET.

* PER COPYRIGHT LAW, COPYRIGHT OWNER HAS EXCLUSIVE RIGHTS TO MAKE REVISIONS!




DESIGN IS SAME AS OSU MARCHING BAND DESIGN W/ RESPECT TO BREAST PLATE & BELT BUCKLE. & NO COLLAR & TIE.

PG 3 OF 4

BLUESTAR DESIGN © JH DESIGNS 1996-2012

* NOTE ↓ NO RED BERET




* NOTE - NO COLLAR OR BLACK TIE.

* NOTE — NO BELT BUCKLE

PG. (4) OF 4




OSU DRUM MAJOR DESIGN © 2007 JH DESIGNS
T-SHIRT DESIGNS BY JH DESIGNS / KIDS/ADULTS IP: TAKEN OR GAVE TO JCPMODE
BY R.V. OSU TEL (J.AMATO)